## GEORGE D. IVERSON, JR., *v.* HARRY S. JENKINS.

[No. 44, October Term, 1927.]

*Decided January 11th, 1928.*

The cause was argued before BOND, C. J., URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Henry Zoller, Jr.,* for the appellant.

*Frank J. Hoen,* for the appellee.

BOND, C. J., delivered the opinion of the Court, affirming the judgment, with costs to the appellee.